UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-01126-CAS-JCx | Date | February 19, 2025 |
|---|---|---|---|
| Title | Harbor Property Management Inc. v. Maurice McKnight et al | | |

Present: The Honorable **CHRISTINA A. SNYDER**

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Not Present

Attorneys Present for Defendants: Not Present

**Proceedings:** (IN CHAMBERS) - ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION

On November 19, 2024, plaintiff Harbor Property Management, Inc. ("plaintiff") filed this unlawful detainer action against defendants Maurice McKnight, Nila McKnight, and Does 1-10 ("defendants") in Los Angeles County Superior Court. Dkt. 1 at 7.

On February 10, 2025, defendant Maurice McKnight removed the case to this Court. Id. at 1-2. Maurice McKnight concurrently filed a request to proceed *in forma pauperis*. Dkt. 2. Maurice McKnight asserts that this Court has jurisdiction on the basis of a federal question. Dkt. 1 at 3 (citing 28 U.S.C. § 1331 and § 1441).

It appears that this Court lacks subject matter jurisdiction over this action. The law is clear that "[u]nlawful detainer actions are strictly within the province of state court." Federal Nat'l Mort. Assoc. v. Suarez, 2011 U.S. Dist. LEXIS 82300, *6 (E.D. Cal. Jul. 27, 2011); Deutsche Bank Nat'l Trust Co. v. Leonardo, 2011 U.S. Dist. LEXIS 83854, *2 (C.D. Cal. Aug. 1, 2011) ("[T]he complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law.").

Here, the only claim asserted by plaintiff is for unlawful detainer against defendants. See dkt. 1 at 7. Accordingly, defendants are hereby ORDERED TO SHOW CAUSE, in writing, on or before **March 6, 2025,** why this case should not be remanded to Los Angeles County Superior Court.

IT IS SO ORDERED.

| | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |