UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**                                    JS-6

| | |
|---|---|
| Case No. | 2:25-cv-01126-CAS-JCx |
| Title | Harbor Property Management Inc. v. Maurice McKnight et al |
| Date | March 7, 2025 |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:
Not Present

Attorneys Present for Defendants:
Not Present

**Proceedings:**     **(In Chambers:) ORDER TO REMAND**

On November 19, 2024, plaintiff Harbor Property Management, Inc. ("plaintiff") filed this unlawful detainer action against defendants Maurice McKnight, Nila McKnight, and Does 1-10 ("defendants") in Los Angeles County Superior Court. Dkt. 1 at 7.

On February 10, 2025, defendant Maurice McKnight removed the case to this Court. Id. at 1-2. Maurice McKnight concurrently filed a request to proceed *in forma pauperis*. Dkt. 2. Maurice McKnight asserts that this Court has jurisdiction on the basis of a federal question. Dkt. 1 at 3 (citing 28 U.S.C. § 1331 and § 1441).

It appears that this Court lacks subject matter jurisdiction over this action. The law is clear that "[u]nlawful detainer actions are strictly within the province of state court." Federal Nat'l Mort. Assoc. v. Suarez, 2011 U.S. Dist. LEXIS 82300, *6 (E.D. Cal. Jul. 27, 2011); Deutsche Bank Nat'l Trust Co. v. Leonardo, 2011 U.S. Dist. LEXIS 83854, *2 (C.D. Cal. Aug. 1, 2011) ("[T]he complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law.").

Here, the only claim asserted by plaintiff is for unlawful detainer against defendants. See dkt. 1 at 7. The Court therefore lacks subject matter jurisdiction and must remand. Suarez, 2011 U.S. Dist. LEXIS 82300 at *6. On February 19, 2025, the Court ordered defendants to show cause, in writing, no later than March 6, 2025, why this case should not be remanded to Los Angeles County Superior Court. Dkt. 7. Defendants have failed to respond to the order to show cause. Accordingly, the Court **REMANDS** this case to Los Angeles County Superior Court.

IT IS SO ORDERED.

| | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |